| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | MARK D. POTTER, ESQ., SBN 166317 |
| | PHYL GRACE, ESQ., SBN 171771 |
| 2 | Mail: P.O. Box 262490 |
| | San Diego, CA 92196-2490 |
| 3 | Deliveries: 9845 Erma Road, Suite 300 |
| | San Diego, CA 92131 |
| 4 | Phone: (858) 375-7385 |
| | Fax: (888) 422-5191 |
| 5 | phylg@potterhandy.com |

Attorney for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:14-CV-01268-JAM-KJN |
| Plaintiff, | |
| v. | **Order Regarding Joint Stipulation of Fact and Discovery** |
| DALE SUMMERS, in his individual and representative capacity as Trustee—Dale F & Patricia M. Summers Trust; | |
| PATRICIA SUMMERS, in her individual and representative capacity as Trustee—Dale F & Patricia M. Summers Trust; | |
| ASH KHALILI; | |
| AUGUSTINE RAMOS MARTINEZ; and Does 1-10, | |
| Defendants. | |

Having read the Joint Stipulation of Fact Regarding Defendants' Financial Wherewithal and Discovery Responses, the Court hereby orders Defendants to respond to all outstanding discovery requests not withdrawn by Plaintiff within 14 days.

**IT IS SO ORDERED.**

DATED: July 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and Order     -1-     Case No.: 2:14-CV-01268-JAM-KJN