UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>DALE SUMMERS, in his individual and representative capacity as Trustee-- Dale F. & Patricia M. Summers Trust;<br>PATRICIA SUMMERS, in her individual and representative capacity as Trustee-- Dale F. & Patricia M. Summers Trust;<br>ASH KHALILI;<br>AUGUSTINE RAMOS MARTINEZ**;** and Does 1-10,<br><br>      Defendants. | Case: 2:14-CV-01268-JAM-KJN<br><br>**ORDER** |

**<u>ORDER</u>**

Pursuant to F.R.CIV.P.41(a)(1), and the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/23/2016      /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE